### HARVEY CLARK V. STATE.

No. 24299. March 9, 1949.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

KRUEGER, Judge.

The offense is possession of whiskey in a dry area for the purpose of sale. The punishment assessed is a fine of one hundred dollars.

This record comes before us without any notice of appeal, in the absence of which this court did not acquire jurisdiction. It is the well recognized law in this state that notice of appeal must be given in open court and entered on the minutes of the court. Merely a notation on the court's docket is not sufficient. See Scott v. State, 135 Tex. Cr. R. 324 (119 S. W. 2d 884) ; Bell v. State, 111 Tex. Cr. R. 456 (15 S. W. 2d 9) ; Sheffield v. State, 57 S. W. 2d 577; Nelson v. State, 79 S. W. 2d 870; Herrin v. State, 134 Tex. Cr. R. 296 (115 S. W. 2d 942) ; Taylor v. State, 134 Tex. Cr. R. 561; (116 S. W. 2d 392) ; Thompson v. State, 134 Tex. Cr. R. 563 (116 S. W. 2d 407) ; McGinty v. State, 134 Tex. Cr. R. 539 (116 S. W. 2d 713) ; Deaton v. State, 134 Tex. Cr. R. 510 116 S. W. 2d 747) ; Bennett v. State, 136 Tex. Cr. R. 192 (124 S. W. 2d 359) ; Earp v. State, 141 Tex. Cr. R. 526 (150 S. W. 2d 243; Rodriquez v. State, 137 Tex. Cr. R. 539 (132 S. W. 2d 867) ; Bailey v. State, 141 Tex. Cr. R. 303 (148 S. W. 2d 851) ; Crozier v. State, 141 Tex. Cr. R. 407 (149 S. W. 2d 108) ; and Wyatt v. State, 208 S. W. 2d 646.

The appeal is dismissed.

Opinion approved by the Court.